UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA : | Hon. Michael A. Shipp |
| v. : | Mag. No. 11-6070 |
| ROBERTO F. OLIVEIRA, : a/k/a "Roberto Oliveira," | |
| ROSENBERG FRIZEIRO OLIVEIRA, : a/k/a "Rosenberg Oliveira," : and : | ORDER OF CONTINUANCE |
| WELLINGTON ROMULO LIMA, : a/k/a "Wellington R. Lima," : a/k/a "Wellington Lima," : a/k/a "Wellington Andrade-Lima," : a/k/a "Rafael Andrade." : | |

This matter having come before the Court on the joint application of Paul J. Fishman, United States Attorney for the District of New Jersey (by José R. Almonte, Assistant U.S. Attorney), and defendant Roberto F. Oliveira (by Clifford E. Lazzaro, Esq.), for an order granting a continuance of the proceedings in the above-captioned matter for a period of 60 days to allow the parties to conduct plea negotiations and attempt to finalize a plea agreement, and one prior continuance having previously been granted by the Court pursuant to Title 18, United States Code, Section 3161(h)(7)(A), so that the parties could attempt to resolve the matter and thereby avoid a possible trial, and the defendant being aware that he has the right to have the

matter submitted to a grand jury within thirty days of the date of his arrest pursuant to Title 18, United States Code, Section 3161(b), and the defendant having consented to the continuance and waived such right, and for good cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

(1) Plea negotiations are currently in progress, and both the United States and the defendant desire additional time to negotiate a plea agreement, which would render any grand jury proceedings and any subsequent trial of this matter unnecessary; and

(2) Pursuant to Title 18, United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

IT IS, therefore, on this 27th day of July, 2011,

ORDERED that this action be, and it hereby is, continued for a period of 60 days from July 25, 2011; and it is further

2

ORDERED that the period from July 25, 2011 through September 23, 2011 shall be excludable in computing time under the Speedy Trial Act of 1974.

_____
HON. MICHAEL A. SHIPP
United States Magistrate Judge

Form and entry
consented to:

_____
José R. Almonte,
Assistant U.S. Attorney

_____
Clifford E. Lazzaro, Esq.
Counsel for defendant
Roberto F. Oliveira

3